Certificate Number: 06741-ILN-DE-003084041

Bankruptcy Case Number: 07-20325

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on December 27, 2007, at 12:10 o'clock PM CST,

Eugenia R. Miller completed a course on personal financial

management given in person by

Tom Vaughn, Chapter 13 Trustee,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Illinois.


Date: December 27, 2007   By   /s/Tom Vaughn

Name   Tom Vaughn

Title   Chapter 13 Trustee